UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------- x
In re

MUNDO CLEANING SERVICES INC.,                    Case No. 18-13368 (mg)

                           Debtor.                    Chapter 11
------------------------------- x

### DECLARATION OF SERVICE

I, Cynthia Narea, being duly sworn state as follows:

1. I am over 18 years of age and not a party to this case.

2. On February 11, 2019, I served a copy of the following document(s) to the individuals and entities list on the annexed service list by either first class mail or electronic mail:

### ORDER ESTABLISHING DEADLINE FOR FILING PROOFS OF CLAIM AND APPROVING THE FORM AND MANNER OF NOTICE THEREOF

I hereby certify that the foregoing statements made by me are true to the best of my knowledge and belief. I am fully aware that if any of the foregoing statements are willfully false, I am subject to punishment.


Dated: February 11, 2019
      Astoria, New York

                                                        */s/Cynthia Narea*
                                                        Cynthia Narea

MUNDO CLEANING SERVICES, INC.
Service List

|  | Method of Service | Creditor | Method of Service |
|---|---|---|---|
| EVEREST BUSINESS FUNDING<br>8200 NW 52 TERRACE<br>2ND FLOOR<br>DORAL, FL 33166 | MAIL | NYC DEPARTMENT OF FINANCE<br>BANKRUPTCY UNIT<br>59 MAIDEN LANE STREET<br>NEW YORK, NY 10038 | MAIL |
| U.S. Trustee's Office<br>201 Varick Street<br>New York, NY 10014 | MAIL | N.Y.S..Dept of Tax. & Finance<br>Bankruptcy Section<br>PO Box 5300<br>Albany NY 12205-0300 | MAIL |
| Enid Nagler Stuart<br>Assistant Attorney General<br>Special Bankruptcy Counsel<br>Office of the New York State Attorney General<br>28 Liberty Street, 17th Floor<br>New York, NY I 0005 | MAIL | Pryor & Mandelup, L.L.P.<br>675 Old Country Road<br>Westbury, New York 11590 | MAIL |
| I.R.S.<br>Centralized Insolvency Operation<br>Post Office Box 7346<br>Philadelphia, PA 19101-7346 | MAIL |  |  |